■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN CUNNINGHAM, Appellant. [822 NYS2d 474]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Parker, J.), imposed February 25, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Florio, Ritter, Luciano and Covello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR FERRUFINO, Also Known as FRANCISCO FERRUFINO, Appellant. [821 NYS2d 470]—Appeal by the defendant from a resentence of the County Court, Suffolk County (Weber, J.), imposed November 3, 2004, upon a judgment convicting him of manslaughter in the first degree, rendered August 11, 2004, upon his plea of guilty.

Ordered that the resentence is affirmed.

The defendant's contentions that he was denied the effective assistance of counsel at the plea and the original sentence, and that his guilty plea was not voluntarily, knowingly, and intelligently entered are not reviewable by this Court because his appeal is only from the resentence (*see* CPL 450.30 [3]; *People v DeSpirito*, 27 AD3d 479 [2006]; *People v Coble*, 17 AD3d 1165 [2005]; *People v Luddington*, 5 AD3d 1042 [2004]).

Moreover, the resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention is without merit. Miller, J.P., Luciano, Rivera and Spolzino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELINO GARCIA, Appellant. [821 NYS2d 471]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 20, 2004 (*People v Garcia*, 13 AD3d 552 [2004]), affirming a judgment of the County Court, Rockland County, rendered August 1, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Florio, J.P., Adams, Mastro and Dillon, JJ., concur.